IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MYCROFT AI INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-00662 |
| | ) | |
| | ) | Jury Trial Demanded |
| | ) | |
| | ) | Related Federal Case: *Voice Tech v.* |
| | ) | *Corporation v. Mycroft AI, Inc.,* Western |
| | ) | District of Missouri, Case No. 4:20-cv- |
| | ) | 00111-RK |
| VOICE TECH CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## DISCLOSURE OF CORPORATE INTERESTS BY VOICE TECH CORPORATION

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Voice Tech Corporation hereby discloses the following:

Voice Tech Corporation is not a publicly-traded company. Voice Tech Corporation has no parent corporation, subsidiary, or affiliate that has issued shares to the public. No publicly-held corporation owns 10% or more of Voice Tech Corporation's stock.

Dated: August 17, 2020	Respectfully submitted,

                **BERKOWITZ OLIVER LLP**

                By: */s/ Stacey R. Gilman*
                     Stacey R. Gilman   (MO Bar #55690)
                     2600 Grand Boulevard Suite 1200
                     Kansas City, Missouri 64108
                     Telephone:   (816) 561-7007
                     Facsimile:    (816) 561-1888
                     sgilman@berkowitzoliver.com

                ***Attorneys for Voice Tech Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2020, the above and foregoing was filed using the Court's CM/ECF system and will be separately emailed and mailed to the following:

Jean Ann Maneke
Maneke Law Group
2345 Grand Blvd
Suite 1600
Kansas City, Missouri 64108
jmaneke@manekelaw.com

*Attorneys for Mycroft AI Inc. in State Court Case*

Christopher M. DeBacker
Law Office of Mark Brown
7225 Renner Rd. Suite 201
Shawnee, Kansas 66217
Chris@midwestip.com

Hissan Anis
A. Justin Poplin
Lathrop GPM
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, Kansas 66210
Hissan.anis@lathropgpm.com
Justin.poplin@lathropgpm.com

*Attorneys for Mycroft AI Inc. in Related Federal Court Case*

/s/ Stacey R. Gilman
*Attorneys for Voice Tech Corporation*